### BOSS READ V. THE STATE.

No. 11772.   Delivered March 28, 1928.

**Possessing Equipment, Etc.—Defective Recognizance—Appeal Dismissed.**

Where a recognizance fails to state that the appellant was convicted of a felony, as is required by Art. 817, C. C. P. of 1925, the jurisdiction of this court does not attach and the appeal will be dismissed.

Appeal from the District Court of Marion County.   Tried below before the Hon. R. T. Wilkinson, Judge.

Appeal from a conviction for possessing equipment for the manufacture of intoxicating liquor, penalty one year in the penitentiary.

The opinion states the case.

No brief filed for appellant.

*A. A. Dawson* of Canton, State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—Possession of equipment for the unlawful manufacture of intoxicating liquor is the offense; punishment fixed at confinement in the penitentiary for one year.

The case is before us without statement of facts or bills of exceptions. There is nothing in the record upon which a reversal could be ordered.   However, this court is without jurisdiction to pass upon the merits of the case owing to the fact that the recognizance does not comply with the legal requirements in that it fails to state that the appellant was convicted of a felony, such being an essential statutory requisite.   See Art. 817, C. C. P., 1925.

The appeal is dismissed.

*Dismissed.*